IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CARLOS ALVAREZ, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO.: CV214-070
)
)
SUZANNE HASTINGS, Warden, )
)
    Respondent. )

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Carlos Alvarez ("Alvarez") filed Objections. In his Objections, Alvarez contends that the Magistrate Judge's conclusion that Burrrage v. United States, ___ U.S. ___, 134 S. Ct. 888 (Jan. 27, 2014), is not retroactively applicable to cases on collateral review is contrary to Fiore v. White, 531 U.S. 225 (2001). In Fiore, the United States Supreme Court determined that a state cannot convict a person, consistent with the due process clause, for conduct that its criminal statute, as properly interpreted, does not prohibit. 531 U.S. at 228. Alvarez was not convicted of an act which is not prohibited by statute, and Fiore is inapplicable.

Alvarez's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to

Dismiss is **GRANTED**. Alvarez's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of October, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA